**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREW DELANEY,

                Plaintiff,

-against-                              24 **CIVIL** 6287 (LJL)

## JUDGMENT

HC2, INC., STEPHANOS ZANNIKOS, MICHAEL
JOHN ESKER NACCHIO, and TOYOTA MOTOR
NORTH AMERICA, INC.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2025, the HC2 Defendants' motion to dismiss is GRANTED. TMNA's motion to dismiss is GRANTED. Plaintiff's motions to strike are DENIED.

**Dated:** New York, New York

      January 3, 2025

                                                **TAMMI M. HELLWIG**

                                                   **Clerk of Court**

                           **BY:**      *K. Mango*

                                                      **Deputy Clerk**